USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__06/23/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

S.G.,

                              Plaintiff,                           **ORDER SCHEDULING TELEPHONE**
                                                                   **CONFERENCE**
              -against-
                                                                   **21-CV-10555 (VSB)**
NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        This case has been referred to me for settlement purposes (docket no. 16).  A telephone

conference will be held on **Monday, July 11, 2022 at 11:30 a.m.** in advance of a settlement

conference.  The parties are directed to review Judge Parker's Individual Practices at

http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the

call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line

at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

        SO ORDERED.

Dated: June 23, 2022
        New York, New York

_____
        KATHARINE H. PARKER
        United States Magistrate Judge