# Law Offices of Irina Roller, PLLC

| | |
|---|---|
| 40 Wall Street | Telephone (212) 688-1100 |
| Suite 2508 | Facsimile (212) 706-9362 |
| New York, New York 10005 | Email: Hearings@RollerEsq.com |

---

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 07/10/2022

July 8, 2022

<u>Via ECF</u>

Hon. Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

07/10/2022

Re:   *S.G., et. al. v. New York City Department of Education*
      Case Number: 1:21-cv-10555

Dear Judge Parker:

      This firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking attorneys' fees, costs and expenses pursuant to the fee shifting provision of the Individual with Disabilities Education Act, 20 U.S.C. §1400, et. seq. wherein Plaintiffs were successful.

      The parties jointly submit this request for an adjournment of the pre-settlement telephone conference scheduled for July 11, 2022 at 11:30 a.m. (Docket no. 17) *sine dine*. At this time, the parties are working together to resolve the fees and remain optimistic that this matter may be resolved via a negotiated settlement without further Court intervention.

      Thank you for your consideration of this request.

                                                                              Respectfully submitted,

                                                                            *s/*_____
                                                                            Irina Roller
                                                                            *Attorney for the Plaintiff*

Cc:   W. Simone Nicholson, Esq. (*via ECF*)