UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
S.G. individually and on behalf of his child   :
Z.G., a minor,                                 :
                                               :
                         Plaintiffs,           :      21-CV-10555 (VSB)
                                               :
         -against-                             :          **ORDER**
                                               :
NEW YORK CITY DEPARTMENT OF                    :
EDUCATION,                                     :
                                               :
                         Defendants.           :
                                               :
-------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On November 1, 2022, I directed parties to submit a joint status letter on the progress of this case. That letter was due November 30, 2022. (Doc. 23.) Parties shall submit this letter by December 9, 2022.

SO ORDERED.

Dated:   December 6, 2022
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge