## Law Offices of Irina Roller, PLLC

| | |
|---|---|
| **40 Wall Street** | **Telephone (212) 688-1100** |
| **28th floor** | **Facsimile (212) 706-9362** |
| **New York, New York 10005** | **Email: Hearings@Roller** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/20223

May 25, 2023

**VIA ECF**
The Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED.

*Jennifer H. Rearden* (signature)

Jennifer H. Rearden, U.S.D.J.
Date: May 26, 2023

Re:    *S.G., et. al. v. New York City Dept. of Education*
        21-cv-10555 (JHR)(KHP)

Dear Judge Rearden:

Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking attorneys' fees, costs and expenses pursuant to the fee shifting provision of the Individual with Disabilities Education Act, 20 U.S.C. §1400, et. seq. wherein Plaintiffs were successful in the underlying trial.

The parties write jointly to update the Court of the status of the case pursuant to the Court's Endorsed Memo dated May 4, 2023 (ECF No. 37). The parties are close to resolving this case and are requesting an additional two weeks to continue to negotiate in good faith and submit a letter advising the Court that the case has settled or plaintiffs will proceed with submitting their Motion for Summary Judgment according to the briefing schedule approved by the Court.

To allow the parties additional time to negotiate in good faith, we also write to request an adjournment of the current briefing schedule set by the the Court's Endorsed Memo dated April 11, 2023 (ECF No. 35), as follows:

- Plaintiff's motion papers due by July 5, 2023
- Defendant's opposition papers due by August 4, 2023
- Plaintiff's reply due by August 18, 2023

Accordingly, the parties request the submission of either a joint status letter advising the Court that the case has settled on or before June 12, 2023 or plaintiffs will proceed with submitting their Motion for Summary Judgment according to the proposed briefing schedule.

Thank you for considering this submission and the Court's patience while the parties work to resolve this case.

Respectfully submitted,

s/_____
Irina Roller
*Attorneys for the Plaintiff*

cc: W. Simone Nicholson, *Special Assistant Corporation Counsel*
*City of New York Law Department* (*via ECF*)

Martin J. Bowe, *Assistant Corporation Counsel*
*City of New York Law Department* (*via ECF*)